FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 24, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PINE CANYON GROWERS, LLC, a Washington Limited Liability Company,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S LONDON, a group of syndicate member 12 insurers; MCLARENS YOUNG INTERNATIONAL, LTD., a corporation; and MCLARENS INC.,<br><br>　　　　Defendants. | NO. 2:19-cv-00260-SAB<br><br>**ORDER OF DISMISSAL** |

　　　　Before the Court is the parties' Stipulated Joint Motion to Dismiss with Prejudice, ECF No. 10. The parties stipulate and request the Court dismiss this matter with prejudice, and without costs or attorney fees to any party. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the joint wishes of the parties, the Court finds good cause to accept the stipulation and enter it into the record.

　　　　Accordingly, **IT IS HEREBY ORDERED:**

　　　　1. The parties' Stipulated Joint Motion to Dismiss with Prejudice, ECF No. 10, is **ACCEPTED and ENTERED into the record**.

**ORDER OF DISMISSAL** * 1

2. This matter is **DISMISSED with prejudice** and without costs or attorney fees to any party.

3. Any pending motions are **dismissed as moot**.

4. The trial date and any remaining pretrial deadlines are **stricken**

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, to provide copies to counsel, and **close** this file.

**DATED** this 24th day of October 2019.



Stanley A. Bastian
United States District Judge

**ORDER OF DISMISSAL** * 2